# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO SALINAS-BECERRA, | Case No. CV 08-3018-VBF (RNB) |
| Petitioner, | **J U D G M E N T** |
| vs. | |
| JOSEPH K. WOODRING, Warden, | |
| Respondent. | |

Pursuant to the Order Denying Petitioner's Request for a Stay and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: September 11, 2008

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE